## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01724-RPM

REBEKKAH OSTWALD,
KELLY ROSENBERGER,
SHANE MASON,
ARSENIO PERRY, and
MICHAEL MCLAIN,

     Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

     Defendant.

## ORDER

Before the Court is defendant United States of America's Unopposed Motion to Extend Defendant's Deadline to Respond to Complaint. Having reviewed the motion, and good cause appearing therein, the motion is GRANTED. The defendant's deadline to answer or otherwise respond to the complaint is hereby extended pending further order of the Court.

Dated: August 17th , 2012.

BY THE COURT:

s/Richard P. Matsch

_____
Hon. Richard P. Matsch
United States District Judge