IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01724-RPM

REBEKKAH OSTWALD,
KELLY ROSENBERGER,
SHANE MASON,
ARSENIO PERRY, and
MICHAEL MCLAIN,

    Plaintiffs,
v.

THE UNITED STATES OF AMERICA,

    Defendant.

## ORDER FOR REMAND

The Defendant proposes a voluntary remand for the purpose of reconsidering its decisions in light of guidance provided by this Court's order dated December 13, 2013, in the related action, *Kevin Stringer et al. v. United States of America*, Civil Action No. 11-cv-02584-RPM. Upon consideration of that request, it is

ORDERED that the administrative decisions denying TSGLI benefits for Plaintiffs Rebekkah Otswald, Kelly Rosenberger, Shane Mason, Arsenio Perry, and Michael McLain are vacated and these matters are remanded to the United States Army for further consideration.

    Dated: January 22, 2014

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        Richard P. Matsch, Senior District Judge