IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01724-RPM

REBEKKAH OSTWALD,
KELLY ROSENBERGER,
SHANE MASON,
ARSENIO PERRY, and
MICHAEL MCLAIN,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

---

## JUDGMENT FOR ATTORNEY'S FEES

---

Pursuant to the Order Awarding Attorney's Fees entered July 17, 2014, by Senior District Judge Richard P. Matsch in *Kevin Stringer et al. v. United States of America,* Civil Action No. 11-cv-02584-RPM, it is

ORDERED that Judgment is entered in the amount of $5,000 in favor of Plaintiff Rebekkah Ostwald for attorney's fees in this action; it is

FURTHER ORDERED that Judgment is entered in the amount of $5,000 in favor of Plaintiff Kelly Rosenberger for attorney's fees in this action; it is

FURTHER ORDERED that Judgment is entered in the amount of $5,000 in favor of Plaintiff Shane Mason for attorney's fees in this action; it is

FURTHER ORDERED that Judgment is entered in the amount of $5,000 in favor of

Plaintiff Arsenio Perry for attorney's fees in this action, and it is

FURTHER ORDERED that Judgment is entered in the amount of $5,000 in favor of Plaintiff Michael McLain for attorney's fees in this action.

DATED: July 17, 2014

                                        FOR THE COURT:

                                        JEFFREY P. COLWELL, CLERK

                                        s/M. V. Wentz
                                By_____
                                        Deputy